UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER VAN BURKLEO,<br><br>  Plaintiff,<br><br>  v.<br><br>EXP REALTY, LLC,<br><br>  Defendant. | CASE NO. C23-0915JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to grant Plaintiff Jennifer Van Burkleo leave to file her first amended complaint. (Mot. (Dkt. # 9).) The court has reviewed the motion, Ms. Van Burkleo's proposed amended complaint (Prop. Am. Compl. (Dkt. # 9-1)), and the governing law. Being fully advised, the court GRANTS the parties' stipulated motion.

 Ms. Van Burkleo shall file and serve the amended pleading on all parties by no later than **October 17, 2023**.

//

ORDER - 1

1  Dated this 3rd day of October, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2