The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JENNIFER VAN BURKLEO,

    Plaintiff,

  v.

EXP REALTY, LLC, a Washington Corporation,

    Defendant.

Case No. 2:23-cv-00915-JLR

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**

Note on Motion Calendar
2/29/2024

Plaintiff Jennifer Van Burkleo, by and through her attorney, Lisa Burke, of MBE Law Group PLLC, and eXp Realty, LLC, by and through its attorneys, Alyesha Asghar and Brian Rho of Littler Mendelson, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//

//

//

//

//

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
2:23-CV-00915-JLR

- 1 -

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

STIPULATED this 29th day of February, 2024.

/s/ Lisa Burke
Lisa Burke, WSBA #42859
MBE Law Group PLLC
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Phone: (206) 400-7722
Email: lburke@mbelg.com

*Attorney for Plaintiff*

/s/ Alyesha Asghar
Alyesha Asghar, WSBA #55122
aasghar@littler.com
Brian H. Rho, WSBA #51209
brho@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

*Attorneys for Defendant*

## ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulation, now, therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in the above-captioned case against Defendant eXp Realty, LLC are dismissed with prejudice, and without costs or attorneys' fees to either party.

DATED this  1st  day of  March , 2024.

_____
James L. Robart
U.S. District Court Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
2:23-CV-00915-JLR

- 2 -

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300